## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT RAMIGE,              ) | |
| )                           | |
|     Plaintiff,           ) | |
| )                           | |
| v.                          ) | CIVIL ACTION NO. |
| )                           | 05-0101-BH-B |
| McNEIL NUTRITIONALS, INC., et al., ) | |
| )                           | |
|     Defendants.          ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, McNeil Nutritionals, LLC and Tate & Lyle, Inc., and against the plaintiff, Robert Ramige, the plaintiff to have and recover nothing of the defendants.  Costs are taxed against the plaintiff.

**DONE** this 29th day of September, 2006.

                                                                           s/ W. B. Hand
                                                          SENIOR DISTRICT JUDGE